UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| TEAM SYSTEMS INTERNATIONAL, L.L.C.<br><br>v.<br><br>AQUATE CORP. | Case No.   16-11476 |

# APPELLANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

In accordance with Fed.R.App.P. 26.1 and 11th Cir. R. 26.1-1, Appellant, Team Systems International, LLC, hereby provides its corporate disclosure statement and certificate of interested persons as follows:

**Corporate Disclosure Statement:**

Appellant does not have any parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

**Interested Persons:**

Clay, C. Carter (Hollis Wright Clay & Vail, P.C.)

Foster Graham Milstein & Calisher, LLP

Gabig, Jr., Jerome S. (Wilmer & Lee, P.A.)

Hollis Wright Clay & Vail, P.C.

McNutt, Christopher Andrew (Hollis Wright Clay & Vail, P.C.)

Mott, Deborah Evans

Rowe, S. Dagnal (Wilmer & Lee, P.A.)

Schoneberger, Chip G. (Foster Graham Milstein & Calisher, LLP)

Smith, C. Lynwood

Wilmer & Lee, P.A.

Wright, Josh J. (Hollis Wright Clay & Vail, P.C.)

Dated this 21st day of April, 2016

Respectfully submitted,

By: *s/ Chip G. Schoneberger*
    Chip G. Schoneberger
    Foster Graham Milstein & Calisher, LLP
    360 S. Garfield Street, 6th Floor
    Denver, Colorado 80209
    Telephone:  (303) 333-9810
    Facsimile: (303) 333-9786
    E-Mail:  cschoneberger@fostergraham.com

ATTORNEYS FOR APPELLANT

**Team Systems Int'l, LLC v. AQuate Corp.
No. 16-11476**

# **CERTIFICATE OF SERVICE**

  I hereby certify that on April 21, 2016, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS with the Clerk of the District Court and the Clerk of the Court of Appeals using the ECF system and a true and correct copy of the document was served via electronic mail addressed to the following:

  Eugene Bertman
  Talley Turner & Bertman
  gene.bertman@ttb-law.com

  J.R. Brooks
  Lanier Ford Shaver & Payne, P.C.
  jrb@lanierford.com

  Charles A. Ray, IV
  Lanier Ford Shaver & Payne, P.C.
  car@lanierford.com

  Christopher M. Pape
  Lanier Ford Shaver & Payne, P.C.
  cmp@lanierford.com

  J. Dale Gipson
  Lanier Ford Shaver & Payne, P.C.
  jdg@lanierford.com

  Michael Wade Rich
  Lanier Ford Shaver & Payne, P.C.
  mwr@lanierford.com

  Terry R. Bynum, II
  Lanier Ford Shaver & Payne, P.C.
  trb@lanierford.com

Page **4** of **4**
**Team Systems Int'l, LLC v. AQuate Corp.**
**No. 16-11476**

   *s/ Chip G. Schoneberger*
Chip G. Schoneberger
360 S. Garfield Street, 6th Floor
Denver, Colorado 80209
Tel: 303-333-9810
cschoneberger@fostergraham.com

Attorney for Appellant